**7**
**JUDITH C. HOTZE, State Bar No. 123725**
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916)930-2100/Fax (916) 930-2099
E-mail: judy.c.hotze@usdoj.gov

Attorneys for Plaintiff, United States Trustee,
Region 17, Tracy Hope Davis

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:                                          Case No. 17-24798-D-13

**Lulu Bardonado Alforque,**
                                        Debtor.
_____/

**United States Trustee**,
                                        Plaintiff,

**v.**

**Lulu Bardonado Alforque,**
                                        Defendant,
_____/

## COMPLAINT FOR:

**Imposition of a Five-Year Injunction against**
**Filing another Bankruptcy (11 U.S.C. §§349 & 105)**

        The Plaintiff, United States Trustee (**"UST"**), by the undersigned counsel, avers as

follows:

        1. This adversary proceeding is brought in connection with Defendant's above-captioned

case under chapter 13 of Title 11, United States Code, In re Lulu Bardonado Alforque, Case No.

1

17-24798-D-13, filed on July 21, 2017.  This case was dismissed on August 8, 2017, but is still

open.

2. This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157

and 1334. This adversary proceeding is a "core" proceeding pursuant to 28 U.S.C. §

157(b)(2)(A).  Plaintiff consents to entry of final orders or judgment by the bankruptcy judge.

3. 11 U.S.C. § 349(a) provides, inter alia, that "unless the court, for cause, orders

otherwise," dismissal of a case does not prejudice the debtor with regard to the filing of a

subsequent petition, except as provided in section 109(g).  11 U.S.C. § 105 provides, inter alia,

that the court may issue any order, process, or judgment that is necessary or appropriate to carry

out the provision of this title.  Section 349(a) and §105 together permit the court to enjoin a

debtor who has engaged in bad faith serial filings from filing another bankruptcy for a set period

of time.

## GENERAL ALLEGATIONS

4. Beginning in 2010, the Defendant and her husband, Juanito M. Alforque, Jr.,

commenced filing a series of **thirteen** bankruptcy cases.  Eight cases were filed in the

Defendant's name and five cases were filed in her husband's name.

5. The social security number ending in **"-5631"** was used for the Defendant in all of the

cases filed in her name.   The social security number ending in "-5879" was used for her husband

in all of the cases filed in his name.

6.  The Defendant and her husband each used the following two street addresses on their

bankruptcy petitions:  1816 Avo Way, Manteca, CA 95337 or 95377; and 4159 Sattui Ct.

Merced, CA 95348.

7. The Defendant and her husband have been *in pro per* in all of their cases.

8. The Defendant failed to file the schedules and statement of financial affairs in seven of her eight cases.

9. The Defendant paid either no filing fee or just a partial filing fee in each of her eight cases.

10. The Defendant never testified at a meeting of creditors. Her cases were dismissed either prior to the meetings being scheduled or prior to their being held.

11. On the Petitions in the Defendant's most recent six cases, she failed to list all of the bankruptcies which she had filed in the prior eight years. Generally, she listed only one prior case.

12. Seven of the Defendant's cases were dismissed for her failure to file required documents. One case was dismissed for her failure to pay fees.

13. In the Defendant's husband's most recent case, In re Juanito Alforque, Jr., Case No. 16-10224, the UST in Fresno, CA, sought and obtained an injunction prohibiting Juanito Alforque, Jr. from filing another bankruptcy case, without prior court authority, for two years (*approximately April 7, 2016 to April 9, 2018*).

14. Following imposition of the injunction against the Defendant's husband, the Defendant filed four cases of her own in quick succession in Sacramento, CA, all in 2017.

15. The following is a summary of the thirteen cases filed by the Defendant and her husband:

(1)    Juanito M. Alforque, Jr.
       No. 10-44611-D-13
       SSN -5879
       Ch.13
       Filed 09/16/2010
       Sacramento
       Dismissed 10/18/2010 for failure to file documents.
       Address on Petition: 1816 Avo Way, Manteca, CA 95337.

1

2    (2)    Juanito M. Alforque, Jr.
            No. 10-51897-D-13
3            SSN -5879
            Ch.13
4            Filed12/06/2010
            Sacramento
5            Dismissed 12/27/2010 for failure to file documents.
            Address on Petition: 1816 Avo Way, Manteca, CA 95337.
6

7    (3)    Lulu B. Alforque
            No. 11-19932
8            SSN -5631
            Ch.13
9            Filed 09/01/2011
            Fresno (Rimel)
10           Dismissed 09/30/2011 for failure to file documents.
            Address on Petition: 1816 Avo Way, Manteca, CA 95337.
11

12    (4)    Lulu B. Alforque
            No. 11-63764
13            SSN -5631
            Ch. 13
14            Filed 12/27/2011
            Fresno (Lee)
15            Dismissed 02/29/2012 for failure to pay fees.
            Address on Petition: 1816 Avo Way, Manteca, CA 95337.
16

17

18    (5)    Juanito Alforque, Jr.
            No. 15-12576
19            Ch.13
            SSN -5879
20            Filed 06/29/2015
            Fresno (Lee)
21            Dismissed 07/28/2015 for failure to file documents.
            Address on Petition: 4159 Sattui Ct., Merced, CA 95348.
22

23    (6)    Juanito Alforque
            No. 15-12995
24            Ch. 13
            SSN -5879
25            Filed 07/29/2015
            Fresno (Lastreto)
26            Dismissed 10/09/2015 for failure to provide documents to trustee.
            Address on Petition: 4159 Sattui Ct., Merced, CA 95348.
27

28

(7)     Lulu Bardonado Alforque
        No. 15-14791
        Ch.13
        SSN -5631
        Filed 12/14/2015
        Fresno (Lastreto)
        Dismissed 12/28/15 for failure to file documents.
        Address on Petition: 4159 Sattui Ct., Merced, CA 95348

(8)     Lulu Bardonado Alforque
        No. 15-14947
        Ch. 13
        SSN -5631
        Filed 12/28/2015
        Fresno (Clement)
        Dismissed 01/26/16 for failure to file documents.
        Address on Petition: 4159 Sattui Ct., Merced, CA 95348.

(9)     Juanito Alforque, Jr.
        No. 16-10224
        Ch. 7
        SSN -5879
        Filed 01/28/2016
        Fresno (Clement)
        Dismissed 04/07/16 for failure to appear at the 341 meeting.
        Address on Petition: 4159 Sattui Ct., Merced, CA 95348.
        **Two-year injunction imposed against filing bankruptcy w/out prior authority**

(10)    Lulu Bardonado Alforque
        No. 17-20222-A-7
        Ch.7
        SSN -5631
        Filed 01/13/2017
        Sacramento
        Dismissed 02/13/2017 for failure to file documents.
        Address on Petition: 1816 Avo Way, Manteca, CA 95337.

(11)    Lulu Alforque
        No. 17-21675-D-13
        Ch. 13
        SSN -5631
        Filed 03/15/2017
        Sacramento
        Dismissed 04/04/2017 for failure to file documents.
        Address on Petition: 1816 Avo Way, Manteca, CA 95337.

(12)    Lulu Bardonado Alforque
        No. 17-23321-D-13
        Ch.13
        SSN -5631
        Filed 05/16/2017
        Sacramento
        Dismissed 06/05/2017 for failure to file documents.
        Address on Petition: 1816 Avo Way, Manteca, CA 95377.

(13)    Lulu Bardonado Alforque
        No. 17-24798-D-13
        Ch. 13
        SSN -5631
        Filed 07/21/2017
        Sacramento
        Dismissed 08/08/2017 for failure to file documents.  Case still open.
        Address on Petition: 1816 Avo Way, Manteca, CA 95377.

## CLAIM FOR RELIEF
### (Imposition of a Five-Year Injunction against
### Filing another Bankruptcy (11 U.S.C. §§349 & 105))

16. Plaintiff refers to and incorporates herein paragraphs 1 through 15 inclusive, supra.

17. The serial filing of noncompliant bankruptcy cases by the Defendant constitutes an

abuse of the bankruptcy system of Title 11.

18. There is every likelihood that the Defendant will continue to file abusive bankruptcies

which end in dismissal due to her failure to file required documents or to pay required fees.

19. Money damages would be insufficient to remedy this abuse.

20. The only appropriate remedy under the circumstances would be an enforceable

judgment enjoining the Defendant from future filings in any district for a period of five years,

without first seeking and receiving the authorization of the chief bankruptcy judge of the district

in which the Defendant wishes to file a bankruptcy petition.  If violated, such a judgment could

be followed by an action for civil or criminal contempt of court.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WHEREFORE**, Plaintiff prays for the following relief:

A. Entry of judgment, enjoining the Defendant from filing another bankruptcy in any district for a period of five years, without first seeking and receiving the authorization of the chief bankruptcy judge of the district in which she wishes to file a bankruptcy petition.

B. Further, entry of judgment, authorizing the Clerk of the Bankruptcy Court, and deputy clerks operating at the discretion and control of the Clerk of the Court in any district, to reject any petition attempted to be filed by the Defendant during the five-year period if there is not prior authorization from the chief bankruptcy judge of the corresponding district.

Executed at Sacramento, California on August 11, 2017.

Respectfully submitted,


/s/ Judith C. Hotze_____ __
**JUDITH C. HOTZE**
Attorney for the Plaintiff, United States Trustee


E-Filer:  Judith C. Hotze
Direct Phone:  (916)930-2087